ALLAN S. BLOOM
EMILY R. PIDOT
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendants*
GOLDMAN, SACHS & CO. AND
THE GOLDMAN SACHS GROUP, INC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT BARDOUILLE, VINCENT GUARINO, ANGELA MCCAIN, MICHAEL THORGERSEN and STEVEN SCADUTO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS & CO. and GOLDMAN SACHS GROUP, INC.<br><br>        Defendants. | 10 Civ. 4285 (WHP) (HBP)<br><br>**DISCLOSURE STATEMENT**<br>**(Fed. R. Civ. P. 7.1)** |

    Defendants Goldman, Sachs & Co. and The Goldman Sachs Group, Inc. hereby make the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

    Goldman, Sachs & Co. is a wholly-owned subsidiary of The Goldman Sachs Group, Inc., a publicly held corporation.

    The Goldman Sachs Group, Inc. has no parent corporation and, to its knowledge, no publicly held corporation owns 10% or more of its common stock.

Dated: New York, New York
June 16, 2010

                        PAUL, HASTINGS, JANOFSKY & WALKER LLP

                        By:      /s/ Allan S. Bloom
                               Allan S. Bloom
                               Emily R. Pidot
75 East 55th Street
New York, New York 10022
(212) 318-6000
allanbloom@paulhastings.com

*Attorneys for Defendants*
GOLDMAN, SACHS & CO. and
THE GOLDMAN SACHS GROUP, INC.

LEGAL_US_E # 88466651.2

ALLAN S. BLOOM
EMILY R. PIDOT
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendants*
GOLDMAN, SACHS & CO. and
THE GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT BARDOUILLE, VINCENT GUARINO, ANGELA MCCAIN, MICHAEL THORGERSEN and STEVEN SCADUTO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS & CO. and GOLDMAN SACHS GROUP, INC.<br><br>Defendants. | 10 Civ. 4285 (WHP) (HBP)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 16, 2010, a copy of the foregoing NOTICE OF APPEARANCE OF ALLAN S. BLOOM, and DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1) were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York

June 16, 2010        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:     /s/ Allan S. Bloom
           Allan S. Bloom

75 East 55th Street
New York, New York 10022
(212) 318-6000
allanbloom@paulhastings.com
*Attorneys for Defendants*

LEGAL_US_E # 88553939.1