USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/10

RECEIVED
JUN 17 2010
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

ALLAN S. BLOOM
EMILY R. PIDOT
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendants*
GOLDMAN, SACHS & CO. AND
THE GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT BARDOUILLE, VINCENT GUARINO, ANGELA MCCAIN, MICHAEL THORGERSEN and STEVEN SCADUTO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS & CO. and GOLDMAN SACHS GROUP, INC.<br><br>Defendants. | 10 Civ. 4285 (WHP) (HBP)<br><br>**STIPULATION AND PROPOSED ORDER** |

WHEREAS Plaintiffs Vincent Bardouille, Vincent Guarino, Angela McCain, Steven Scaduto, and Michael Thorgersen filed a class and collective action Complaint in this Court on or about May 27, 2010;

WHEREAS Defendants Goldman, Sachs & Co. and The Goldman Sachs Group, Inc. accepted service of the Complaint on or about May 28, 2010; and

WHEREAS Defendants have retained the undersigned counsel and require additional time to consider and investigate the allegations in the Complaint and how to respond to them.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto that Defendants shall have an extension of time to respond to the Complaint, through and including July 16, 2010.

Dated: New York, New York
June 16, 2010

| THE OTTINGER FIRM, P.C. | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|---|---|
| By: Christopher Davis | By: Allan S. Bloom |
| 19 Fulton Street, Suite 408<br>New York, New York 10038<br>(212) 571-2000<br>chris@ottingerlaw.com | 75 East 55th Street<br>New York, New York 10022<br>(212) 318-6000<br>allanbloom@paulhastings.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

DATED: June 18, 2010

SO ORDERED

Hon. William H. Pauley, III
U.S.D.J.

LEGAL_US_E # 88456438.2