```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

VINCENT BARDOUILLE, VINCENT          :
GUARINO, ANGELA MCCAIN,
MICHAEL THORGERSEN and STEVEN        :
SCADUTO, individually and on
behalf of all others                 :
similarly situated,
                                     :
              Plaintiffs,
                                     :    10 Civ. 4285 (WHP)(HBP)
     -against-
                                     :
GOLDMAN SACHS & CO., et ano,              ORDER
                                     :
              Defendants.
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/10

PITMAN, United States Magistrate Judge:

A conference having been held on October 25, 2010 during which a discovery issue was discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

> 1. Defendants' motion to compel discovery is granted, and plaintiffs are directed to produce the 21 categories of documents requested by Goldman Sachs in its document request dated August 19, 2010. Because the merits of the named plaintiffs' claims will be at issue regardless of the outcome of the class

certification motion, I see no reason why these discovery requests should be deferred.

Dated: New York, New York
       October 26, 2010

                                    SO ORDERED

                                    _____
                                    HENRY PITMAN
                                    United States Magistrate Judge


Copies transmitted to:

Christopher Q. Davis, Esq.
Robert W. Ottinger, Jr., Esq.
The Ottinger Firm P.C.
Room 408
19 Fulton Street
New York, New York 10038

Allan S. Bloom, Esq.
Emily R. Pidot, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022

Kirby Wilcox, Esq.
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
San Francisco, California 94105-3441