**Paul Hastings**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/11

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

1(212) 318-6377
allanbloom@paulhastings.com

April 18, 2011

21166.00048

**VIA HAND DELIVERY**

Chambers of Hon. William H. Pauley, III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York  10007

Re:     *Bardouille v. Goldman, Sachs & Co.*
        No. 10 Civ. 4285 (WHP) (HBP)

Your Honor:

We represent Defendants Goldman, Sachs & Co. and The Goldman Sachs Group, Inc.
(together, "Goldman Sachs"), and write to inform Your Honor that Plaintiffs and
Goldman Sachs have reached a settlement of Plaintiffs' claims in the above-referenced
lawsuit.  Plaintiffs and Goldman Sachs intend to submit a joint motion for preliminary
approval of the settlement within the next 60 days, with Your Honor's permission.

Goldman Sachs has not yet resolved its third-party claims against the Third-Party
Defendants in this case.  We respectfully request a 45-day extension of the current
litigation stay so that we may continue our pursuit of an amicable resolution of those
claims.

Respectfully,

Allan S. Bloom
of PAUL, HASTINGS, JANOFKSY & WALKER LLP

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/26/11

**Paul**Hastings
ATTORNEYS

Hon. William H. Pauley, III
April 18, 2011
Page 2


cc:     Christopher Q. Davis, Esq. (via facsimile (212) 571-0505)
        *Attorneys for Plaintiffs*

        Peter J. Pizzi, Esq. (via facsimile (212) 262-0050)
        *Attorneys for Third-Party Defendant CIBER, Inc. and The Computer Merchant, LTD*

        Richard J. Flanagan, Esq. (via facsimile (866) 770-7414)
        *Attorneys for Third-Party Defendant ICAS*

        Bruce W. Bieber, Esq. (via facsimile (212) 922-0815)
        *Attorneys for Third-Party Defendant Key Systems*

        Kevin C. Taylor, Esq. (via facsimile (646) 417-7557)
        *Attorneys for Third-Party Defendant KGM Consulting, Inc.*

        Paul P. Rooney, Esq. (via facsimile (484) 805-7022)
        *Attorneys for Third-Party Defendant Leading Edge Communications Corporation*

        Kerri Heslin, Esq. (via facsimile (973) 564-9112)
        *Attorneys for Third-Party Defendant MPL Systems, Inc.*

        James E. Heavey, Esq. (via facsimile (609) 895-7395)
        *Attorneys for Third-Party Defendant Paragon Solutions, Inc.*

        Kuljit S. Ahluwalia, Esq. (via facsimile (718) 382-2410)
        *Attorneys for Third-Party Defendant Performance Resources NY, Inc.*

        Joseph Anci, Esq. (via facsimile (212) 421-6006)
        *Attorneys for Third-Party Defendant Princeton Information*

        Domenique C. Moran, Esq. (via facsimile (516) 227-0777)
        *Attorneys for Third-Party Defendant PrO Unlimited, Inc.*

        Aislinn S. McGuire, Esq. (via facsimile (212) 644-1936)
        *Attorneys for Third-Party Defendant Royal Communications Consultants*

        James R. Schermerhorn, Esq. (via facsimile (212) 608-8039)
        *Attorneys for Third-Party Defendant The Walsh Associates*

        Brian J. Butler, Esq. (via facsimile (315) 218-8100)
        *Attorneys for Third-Party Defendant The Wellstone Group*

**Paul**_Hastings_
ATTORNEYS

Hon. William H. Pauley, III
April 18, 2011
Page 3


Laura G. Weiss, Esq. (via facsimile (845) 920-0232)
*Attorneys for Third-Party Defendant U.S. Information Systems, Inc.*


LEGAL_US_E # 92662368.1