M. KIRBY C. WILCOX
ALLAN S. BLOOM
EMILY R. PIDOT
PAUL HASTINGS LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants/Third-Party Plaintiffs*
GOLDMAN, SACHS & CO. and
THE GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT BARDOUILLE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS & CO., *et al.*,<br><br>Defendants. | 10 Civ. 4285 (WHP) (HBP)<br><br>**NOTICE OF DISMISSAL**<br><br>(Fed. R. Civ. P. 41(a), (c)) |
| GOLDMAN, SACHS & CO., *et al.*,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>CIBER, INC., THE COMPUTER MERCHANT, LTD., INTERFACE CABLE ASSEMBLIES AND SERVICES CORPORATION, LEADING EDGE COMMUNICATIONS CORPORATION, KEY SYSTEMS, KGM CONSULTING, MPL SYSTEMS, INC., PARAGON SOLUTIONS, INC., PERFORMANCE RESOURCES NY, INC., PRINCETON INFORMATION, PRO UNLIMITED, INC., ROYAL COMMUNICATIONS CONSULTANTS, THE WALSH ASSOCIATES, U.S. INFORMATION SYSTEMS, and THE WELLSTONE GROUP,<br><br>Third-Party Defendants. | |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure

41(a)(1)(A)(i) and 41(c), Defendants/Third-Party Plaintiffs Goldman, Sachs & Co. and The

Goldman Sachs Group, Inc. hereby voluntarily dismiss their third-party claims against Third-Party Defendant Royal Communications Consultants, as described in their September 30, 2010 Third-Party Complaint, without prejudice.

Dated: New York, New York
      January 18, 2012

PAUL HASTINGS LLP

By: _____
     Allan S. Bloom
     Emily R. Pidot

75 East 55th Street
New York, New York 10022
(212) 318-6000
allanbloom@paulhastings.com

*Attorneys for Defendants/Third-Party Plaintiffs*
GOLDMAN, SACHS & CO. and
THE GOLDMAN SACHS GROUP, INC.

LEGAL_US_E # 96407705.1