Robert Ottinger
Christopher Q. Davis
Denise Rubin Glatter
THE OTTINGER FIRM, P.C.
19 Fulton Street, Suite 408
New York, New York 10038
(212) 571-2000
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCENT BARDOUILLE, VINCENT GUARINO, ANGELA MCCAIN, MICHAEL THORGERSEN, and STEVEN SCADUTO, individually and on behalf all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>GOLDMAN SACHS & CO., and GOLDMAN SACHS GROUP, INC.,<br><br>                    Defendants. | ECF CASE<br><br>Case No. 10-CV-4285 (WHP) (HBP) |

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER Q. DAVIS IN FURTHER SUPPORT OF PLAINTIFFS' FINAL APPROVAL MOTIONS (DE-181-188)**

I, Christopher Q. Davis, declare as follows:

1.  I am an attorney at The Ottinger Firm, P.C. in New York, New York, Plaintiffs' counsel herein. I submit this Supplemental Declaration in further support of the motions filed January 10, 2012 (DE-181-188) and in advance of the Final Approval Hearing scheduled before this Court on January 20, 2012 at 10:00 am.

2.  Annexed hereto as Exhibit A is a true and correct copy of the parties' Settlement

Agreement (previously submitted as Docket Nos. 183 and 188, Exs. A and C, respectively, and which the Court preliminarily approved on September 2, 2011 at Docket No. 137), as amended by the parties on January 18, 2012.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: January 18, 2012
      New York, New York

                                      /s/ Christopher Q. Davis
                                      The Ottinger Firm, P.C.
                                      19 Fulton Street, Suite 408
                                      New York, New York 10038
                                      Telephone (212) 571-2000

                                      *Class Counsel*