UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
VINCENT BARDOUILLE, *et al.*,

        Plaintiffs,

  -against-

GOLDMAN SACHS & CO., *et ano.*,

        Defendants.
------------------------------X

10 Civ. 4285 (WHP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/12

WILLIAM H. PAULEY III, District Judge:

        On January 17, 2012, Plaintiffs informed the Court of three amendments to the parties' settlement agreement. Plaintiffs are hereby directed to submit a supplemental memorandum of law by January 27, 2012, that addresses the impact, if any, of these amendments on 1) their pending motion for final approval; 2) their pending motion for approval of attorneys' fees and reimbursement of expenses; and 3) their pending motion for service awards. Plaintiffs are further directed to submit an amended proposed order by January 27, 2012.

        The Final Approving Hearing is rescheduled for February 10, 2012, at 10:00 a.m.

Dated: January 18, 2012
      New York, New York

                      SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record*